GREAT LAKES STEEL CORP. *v.* NEW YORK CENTRAL
RAILROAD CO.

This case is controlled by *Great Lakes Steel Corp.* v. *Detroit, T.
& I. R. Co., ante,* 1.

Appeal from Wayne; Miller (Guy A.), J. Submitted October 11, 1946. (Docket No. 30, Calendar No. 43,380.) Decided April 8, 1947.

Action by Great Lakes Steel Corporation against New York Central Railroad Company for damages for failure to place cars at points of loading and unloading. Judgment for plaintiff. Defendant appeals. Reversed and remanded.

*Semmes, Goodrich & McEvoy,* for plaintiff.

*John J. Danhof* and *Kenneth F. Stone,* for defendant.

DETHMERS, J. This case is ruled by *Great Lakes Steel Corp.* v. *Detroit, T. & I. R. Co., ante,* 1, in which the opinion of the Court was this day handed down.

The judgment entered in the circuit court is vacated and the case remanded for further hearing and adjudication in accordance with said opinion. Defendant will have costs of this Court.

CARR, C. J., and BUTZEL, BUSHNELL, SHARPE, BOYLES, REID, and NORTH, JJ., concurred.